UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD FISHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00724 AGF |
| | ) | |
| STEFAN EVANICS, and TRANS-CONTINENTAL REFRIDGERATED LINES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on Defendants' motion to remand this case to the state court in which it was filed. Pursuant to the joint stipulation of the Parties that Plaintiff will not accept more than $75,000 in damages in this case, and Defendants' representation that Plaintiff consents to the motion to remand,

**IT IS HEREBY ORDERED** that Defendants' motion to remand this case to the state court in which it was filed is **GRANTED**. [Doc. #7]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of May, 2006.